# United States Court of Appeals for the Federal Circuit

November 7, 2013

**ERRATA**

Appeal No. 2012-1445

**MICROSOFT CORPORATION,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**MOTOROLA MOBILITY, LLC,**
*Intervenor.*

Decided: October 3, 2013
Precedential Opinion

The following change has been made in the opinion released October 3, 2013:

Page 1, change "2012-1445, -1535" to -- 2012-1445